No. 42, Misc. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Murray L. Williams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 44, Misc. KILBOURNE v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 47, Misc. PRINCE v. WORKMEN'S COMPENSATION BOARD. Court of Appeals of New York. Certiorari denied. *Harry S. Thau* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Philip Kahaner* and *Joel Lewittes,* Assistant Attorneys General, for respondent.

No. 48, Misc. TABOR v. UNDERWOOD, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied.

No. 49, Misc. WARDEN v. HOLMAN, ACTING WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 50, Misc. FITTS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 57, Misc. ROBINSON v. CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 5th Cir. Certiorari denied. *Howard W. Lenfant* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent.